**Order filed February 26, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00018-CV

———————

**STANLEY ANEMELU AND ASHLEY ANEMELU, Appellants**

**V.**

**JOSE IRAHETA, Appellee**

**On Appeal from the County Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1106376**

## O R D E R

The clerk's record was filed February 15, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- Judgment Creditor's Response and Objections to Judgement Debtor's Post-Judgment Motion to Suspend Enforcement of

Judgment and Judgment Creditor's Contest to Judgment Debtor's Claims Net Worth filed January 15, 2019

- Judgment Creditor's Proposed Findings of Fact and Conclusions of Law signed January 24, 2019

- Order on Judgment Creditor's Response and Objections to Judgment Debtor's Post-Judgment Motion to Suspend Enforcement of Judgment signed January 25, 2019

The Harris County Court at Law Clerk is directed to file a supplemental clerk's record on or before March 5, 2019, containing the above listed items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM